## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JERRY D. KNIGHT, JR, | Civil No. 13-1704 (JRT/JJG) |
| Plaintiff, | |
| v. | |
| FAIRVIEW-RIVERSIDE CLINIC and U of M PRIMARY CARE CENTER, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Defendants. | |

_____

Jerry D. Knight, Jr., Apt. #B 1031, 3655 West Tropicana Avenue, Las Vegas, NV 89103, pro se plaintiff.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**;

2. Plaintiff's application to proceed in forma pauperis, (ECF No. 2), is **DENIED**;

3. Plaintiff's motion to "proceed with the filings of the case," (ECF No. 6), is **DENIED**; and

4. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 10, 2013
at Minneapolis, Minnesota.                           _____ s/John R. Tunheim_____
                                                                                 JOHN R. TUNHEIM
                                                                           United States District Judge